### REID *v.* McINTYRE.

APPEAL from the *St. Joseph* Common Pleas.

*Tuesday, November 27.*

*Per Curiam.*—Action by *McIntyre* against *Reid* for certain carpenter and joiner work.

Trial by jury, verdict and judgment for the plaintiff. The case is brought here upon the evidence, from an examination of which we think the judgment ought not to be sustained. The evidence fails, as we think, to make out the claim of the plaintiff for so large an amount as he recovered, $340.80, if any thing, after deducting the payments and set-off that were admitted on the trial. Substantial justice requires that a new trial should be granted.

The judgment below is reversed, with costs. Cause remanded for a new trial.

*H. C. Newcomb, J. S. Tarkington* and *Stanfield & Eddy*, for appellant.

*Jno. F. Miller* and *Wm. G. George*, for appellee.